IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Simmons, Kimberly B | Case Number:  05 B 05029 |
| | Judge:  Squires, John H |
| Printed:  9/23/08 | Filed:  2/15/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: August 21, 2008
Confirmed: April 6, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 15,811.45 | |
| Secured: | | 11,017.87 |
| Unsecured: | | 1,167.51 |
| Priority: | | 0.00 |
| Administrative: | | 2,323.20 |
| Trustee Fee: | | 777.35 |
| Other Funds: | | 525.52 |
| Totals: | 15,811.45 | 15,811.45 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 2,323.20 | 2,323.20 |
| 2. | American General Finance | Secured | 0.00 | 0.00 |
| 3. | Illiana Financial Credit Union | Secured | 11,017.87 | 11,017.87 |
| 4. | T Mobile USA | Unsecured | 11.38 | 96.76 |
| 5. | Resurgent Capital Services | Unsecured | 62.81 | 534.06 |
| 6. | Cingular Wireless | Unsecured | 63.11 | 536.69 |
| 7. | AmSher Collection Services | Unsecured | | No Claim Filed |
| 8. | Bank Financial | Unsecured | | No Claim Filed |
| 9. | Fifth Third Bank | Unsecured | | No Claim Filed |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 11. | Superior Payday Loans | Unsecured | | No Claim Filed |
| 12. | Providian | Unsecured | | No Claim Filed |
| 13. | Wireless | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 13,478.37 | $ 14,508.58 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 49.74 |
| 3% | 37.30 |
| 5.5% | 195.42 |
| 5% | 53.31 |
| 4.8% | 110.86 |
| 5.4% | 249.57 |
| 6.5% | 81.15 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Simmons, Kimberly B | Case Number:  05 B 05029 |
| | Judge:  Squires, John H |
| Printed:  9/23/08 | Filed:  2/15/05 |

_____
$ 777.35

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

